Pro Se 1 (Rev. 12/16) Complaint and Request for Injunction

RECEIVED IN CLERK'S OFFICE

JUL 29 2021

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

_____ Division

Mr. Noel John Paul Engel

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Gray Television Inc.

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 1:21-cv-3069
*(to be filled in by the Clerk's Office)*

## COMPLAINT AND REQUEST FOR INJUNCTION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Mr. Noel John Paul Engel |
| Street Address | 3860 East 60th Street |
| City and County | Kansas City, Jackson County |
| State and Zip Code | Missouri, 64130 |
| Telephone Number | 816-302-5178 |
| E-mail Address | noelengel626@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 6

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

    Name: Gray Television Inc.
    Job or Title (if known): Parent Television Broadcast Company
    Street Address: 4370 Peachtree Road, NE
    City and County: Atlanta, Fulton
    State and Zip Code: Georgia, 30319
    Telephone Number: (678) 324-8282
    E-mail Address (if known): not known

Defendant No. 2

    Name: none
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 3

    Name: none
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4

    Name: none
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Authorized by 18 U.S. Code § 1345 - Injunctions against fraud and of rights secured by the Constitution of the United States of America therefore this court has jurisdiction pursuant to 18 U.S. Code § 1343 - Fraud by wire, radio, or television and the First Amendment of the Constitution of the United States of America in which the Plaintiff Mr. Engel seeks declaratory relief under Rule 65.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

Branson, Missouri

B.    What date and approximate time did the events giving rise to your claim(s) occur?

February, March 2016 to present

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
Ky3 News of Springfield, Missouri is owned and operated by the defendant therfore subject to the jurisdiction of this court under it's principal place of business is in the state of Georgia.
Count 1. Wherein the plaintiff alleges that employees of the defendant blocked the plaintiff's media to intentionally and maliciously portray the plaintiff in a false light to the community it serves.
Count 2. Plaintiff alleges that the employees, agents and or staff of the defendant to have intentionally blocked the plaintiff's media to defraud the plaintiff out of settlements from other lawsuits the plaintiff had been a party to. Plaintiff alleges that the employees, agents and or staff of the defendant in the first place to have lied to get the plaintiff's media blocked to iintentionally defraud the plaintiff out of potentially millions from settlements in other lawsuits the plaintiff had been a party to.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.
Plaintiff alleges that employees of the defendant to have intentionally portrayed the plaintiff in a false light to the community out of retaliation over other lawsuits the plaintiff had been a party to as well causing the plaintiff extreme financial hardship. The plaintiff had been diagnosed with delusional disorder, false beliefs, anxiety and depression severely limiting the plaintiff's abilities as a result. Plaintiff therefore had been deemed permenantly disabled by the 39th Circuit Probate Court Judge Stephens of Stone County Missouri and therefore plaintiff recieves a monthly social security disabilty payment from the governement and is limited in regard to seeking full time gainful employment as well. As to the injury monetary damages can't adequately sustain or compensate the plaintiff or for the plaintiff's loss because of extentsive fraud and psychiatric injury to the plaintiff that the defendants to have contributed to caused.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.
The plaintiff's media is still blocked by the defendants subsidiary and from previous lawsuits the plaintiff alleges that the defendant is refusing to coporate with the plaintiff making it necessary for this preliminary injuction to force the defendant with a court order to coperate with the plaintiff therefore the plaintiff seeks to legally remedy the dispute. It is therefore Ordered and enjoined that the defendant shall be deemed hostile and to therefore turn over ALL evidence, including video evidence at the plaintiffs request and send it to the plaintiff at the expense of the defendant. The plaintiff will therefore provide a letter stating what evidence is necessary for the defendant to provide to the plaintiff when the defendant is served a summons. It is therefore Ordered and enjoined that the Defendant shall un-block the plaintiff's television radio and internet media thereof. It is likely that the defendant will fail to defend or respond to this injunction Plaintiff prays that this court at that time grant default judgement for the plaintiff. It is therefore Ordered and enjoined that the defendant and or employees of the subsidiary of Ky3 News of Springifeld, Missouri to not alter, dispose of or otherwise shall be unlawful.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07/21/2021

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Mr. Noel John Paul Engel

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____